250-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
ASAN MERCHANT MARINE CO., LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ASAN MERCHANT MARINE CO., LTD.,                    08 CV _____ (__)

Plaintiff,

**RULE 7.1 STATEMENT**

-against -

GOLDWIN HOLDINGS LIMITED,

Defendant.
------------------------------------------------------------------x

    The Plaintiff, ASAN MERCHANT MARINE CO., LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
      May 7, 2008

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        ASAN MERCHANT MARINE CO., LTD.

By:   _____
           Michael E. Unger (MU 0045)
           80 Pine Street
           New York, NY 10005
           Telephone: (212) 425-1900
           Fax: (212) 425-1901

NYDOCS1/304154.1